AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Schwaune Z. Martin<br><br>*Defendant(s)* | Case No. 2:17-mj-00057 |

FILED
MAY 12 2017
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 28, 2017** in the county of **Kanawha** in the **Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Methamphetamine |

This criminal complaint is based on these facts:

On February 28, 2017, officers executed a search warrant at defendant's residence, 118 Howard Ave., in Dunbar, Kanawha County, WV. Officers recovered a clear plastic bag containing more than 3 ounces of pure methamphetamine, a schedule II controlled substance, next to two digital scales. The DEA Mid-Atlantic Laboratory tested the recovered substance and confirmed it to be methamphetamine.

☐ Continued on the attached sheet.

*Complainant's signature*

TFO C.T. Lowe, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/12/2017

*Judge's signature*

City and state: Charleston, West Virginia    Hon. Dwane L. Tinsley, U.S. Magistrate Judge
*Printed name and title*